**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| JENAM TECH, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION No. 6:20-cv-00453-ADA |
| | § | |
| GOOGLE LLC, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

## JOINT SUBMISSION OF PROPOSED AMENDED SCHEDULING ORDER

Pursuant to the Court's Standing Order Regarding Updated Order Governing Proceedings – Patent Cases (Dkt. No. 42), Plaintiff Jenam Tech, LLC and Defendant Google LLC ("Google") respectfully submit the attached Proposed Amended Scheduling Order.

Google notes that, concurrent with this Joint Submission, it is filing a motion to stay proceedings until after resolution of its pending Motion to Transfer Venue to the Northern District of California (Dkt. No. 26). For the reasons stated in its Motion to Stay Pending Transfer, Google believes that a stay in this case is proper and therefore respectfully requests that the Court stay this case and not enter any amended scheduling order until the Motion to Transfer has been resolved.

Jenam notes that it opposes the anticipated Motion to Stay Pending Transfer. Jenam does not believe that a stay is proper at this time as to be stated in its opposition. Thus, Jenam respectfully requests that a stay not be entered, and that this case progresses according to the Proposed Amended Scheduling Order.

Dated:  January 22, 2021

Respectfully submitted:

KEKER, VAN NEST & PETERS LLP


By: */s/ Matthew M. Werdegar, with permission*
    *by Michael E. Jones*
KEKER, VAN NEST & PETERS LLP
Robert A. Van Nest (CA Bar No. 084065)
Matthew M. Werdegar (CA Bar No. 200470)
Michelle S. Ybarra (CA Bar No. 260697)
Ryan K. Wong (CA Bar No. 267189)
Edward A. Bayley (CA Bar No. 267532)
Jason George (CA Bar No. 307707)
Katie Lynn Joyce (CA Bar No. 308263)
Rylee K. Olm (CA Bar No. 318550)
Kristin E. Hucek (CA Bar No. 321853)
633 Battery Street
San Francisco, CA 94111
Phone: (415) 391-5400
Fax:    (415) 397-7188
RVanNest@keker.com
BFerrall@keker.com
MWerdegar@keker.com
MYbarra@keker.com
RWong@keker.com
EBayley@keker.com
JGeorge@keker.com
KJoyce@keker.com
ROlm@keker.com
KHucek@keker.com

POTTER MINTON
Michael E. Jones (TX Bar No. 10929400)
mikejones@potterminton.com
Patrick C. Clutter (TX Bar No. 24036374)
patrickclutter@potterminton.com
110 N. College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846

***Attorneys for Defendant Google LLC***

2

1631286.v1

Dated:  January 22, 2021

                                        */s/ James M. Lennon*

                          By:  James M. Lennon (Bar No. 4570)
                               Timothy Devlin (Bar No. 4241)
                               Derek Dahlgren (Bar No. 983624)
                               Cory Edwards (Bar No. 6329639)
                               DEVLIN LAW FIRM LLC
                               1526 Gilpin Avenue
                               Wilmington, DE 19806
                               Telephone: (302) 449-9010
                               Facsimile: (302) 353-4251
                               jlennon@devlinlawfirm.com
                               tdevlin@devlinlawfirm.com
                               ddahlgren@devlinlawfirm.com
                               cedwards@devlinlawfirm.com

                               ***Attorneys for Plaintiff Jenam Tech, LLC***

3

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on January 22, 2021.

*/s/ James M. Lennon*
James M. Lennon
