UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

JENAM TECH, LLC

vs.                                     Case No.: 6:20CV453[ADA]

GOOGLE LLC

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Anjali Srinivasan, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Defendant GOOGLE LLC in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Keker, Van Nest & Peters LLP with offices at:

    Mailing address: 633 Battery Street

    City, State, Zip Code: San Francisco, CA 94111

    Telephone: 415-391-5400        Facsimile: 415-397-7188

2. Since June 3, 2015, Applicant has been and presently is a member of and in good standing with the Bar of the State of California.

    Applicant's bar license number is 304413.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| U.S. Supreme Court | 12/9/2019 |
| U.S. Ct. of Appeals, 9th Circuit | 4/2/2018 |
| USDC, No. Dist. of Calif. | 8/14/2015 |
| USDC, Eastern Dist. of New York | 10/1/2020 |
| USDC, Southern Dist. of New York | 9/22/2020 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Michael E. Jones, Potter Minton, PC

Mailing address: 110 N. College, Suite 500

City, State, Zip Code: Tyler, TX 75702

Telephone: 903-597-8311

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Anjali Srinivasan to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Anjali Srinivasan
[printed name of Applicant]

*/s/ Anjali S.*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 21st day of September, 2021.

Anjali Srinivasan
[printed name of Applicant]

*/s/ Anjali S.*
[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## WACO DIVISION

JENAM TECH, LLC

vs.                                                    Case No.: 6:20CV453[ADA]

GOOGLE LLC

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by **Anjali Srinivasan**, counsel for **Defendant GOOGLE LLC**, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and **Anjali Srinivasan** may appear on behalf of **Defendant GOOGLE LLC** in the above case.

IT IS FURTHER ORDERED that **Anjali Srinivasan**, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE