KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
MATTHEW M. WERDEGAR - # 200470
mwerdegar@keker.com
MICHELLE YBARRA - # 260697
mybarra@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
EDWARD A. BAYLEY - # 267532
ebayley@keker.com
ANJALI SRINIVASAN - # 304413
asrinivasan@keker.com
JASON GEORGE - # 307707
jgeorge@keker.com
KATIE LYNN JOYCE - # 308263
kjoyce@keker.com
RYLEE KERCHER OLM - # 318550
rolm@keker.com
KRISTIN HUCEK - # 321853
khucek@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JENAM TECH, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 3:21-cv-07994-LB<br><br>**JOINT STIPULATION TO STAY ALL DEADLINES**<br><br>Dept.:　　Courtroom B – 15th Floor<br>Judge:　　Honorable Laurel Beeler<br><br>Date Filed:　　　　June 1, 2020<br>Date Transferred:　October 13, 2021<br>Trial Date:　　　　None Set |

Plaintiff Jenam Tech, LLC ("Jenam") and Defendant Google LLC ("Google") hereby stipulate to a stay of all remaining case activities and deadlines in the above-captioned case pending resolution of Jenam's request for panel / en banc rehearing of the Federal Circuit's Order on Petition for Writ of Mandamus, *In re: Google LLC*, Case No. 21-171, ECF No. 16.

The Stipulation is entered into by Jenam and Google (collectively, "the Parties"), and is based on the following facts:

1. On June 1, 2020, Jenam filed a patent infringement action in the Western District of Texas, styled *Jenam Tech, LLC v. Google LLC*, Case No. 6:20-cv-00453-ADA.

2. On March 17, 2021, Jenam filed a second patent infringement action in the Western District of Texas, styled *Jenam Tech, LLC v. Google LLC*, Case No. 6:21-cv-00271-ADA ("*Jenam II*").

3. Both cases involve the same parties and related patents. The Parties agree that the cases should ultimately be consolidated given the substantial overlap between the two cases.

4. On October 7, 2021, *Jenam Tech, LLC v. Google LLC*, Case No. 6:20-cv-00453-ADA was transferred to the Northern District of California, pursuant to the Federal Circuit's order granting Google's petition for writ of mandamus. The case was filed with the Northern District of California on October 13, 2021, as the above-captioned action, *Jenam Tech, LLC v. Google LLC*, Case No. 3:21-cv-07994-LB ("*Jenam I*"), ECF No. 105.

5. Jenam has filed a petition for panel / en banc rehearing of the Federal Circuit's order granting Google's petition for writ of mandamus, *In re: Google LLC*, Case No. 21-171, ECF No. 16.

6. The Parties agree to stay all remaining case activities and deadlines in *Jenam I* and *Jenam II*[1] pending resolution of Jenam's request for rehearing, including the deadline to consent or decline to magistrate judge jurisdiction in *Jenam I,* ECF No. 106. The stay does not, however, moot or prejudice Google's pending opposed Motion to Stay Proceedings Pending Final Resolution of *Inter Partes* Review and Post Grant Review Proceedings at the Patent Trial and

---

[1] The Parties have also filed a Joint Stipulation to Stay All Deadlines in *Jenam II*, ECF No 32.

Appeal Board, ECF No. 102. When the stay is lifted, Google shall file within seven days a renewed Motion to Stay Proceedings Pending Final Resolution of *Inter Partes* Review and Post Grant Review Proceedings at the Patent Trial and Appeal Board.  Jenam shall file any opposition to Google's renewed motion within 14 days of the filing of the motion.

7. Good cause exists for this stay in that it will allow *Jenam I* and *Jenam II* to proceed simultaneously and ultimately be consolidated, which will preserve judicial resources and the Parties' resources. The stay is also made in good faith and not intended for the purpose of harassment or delay, and no party will be prejudiced by the requested stay.

8. Once the Federal Circuit rehearing proceedings are complete, and if the Federal Circuit ultimately denies Google's petition for writ of mandamus and transfers *Jenam I* back to the Western District of Texas, this stay will lift.

9. Alternatively, if the Federal Circuit ultimately upholds its order granting Google's petition for writ of mandamus and *Jenam I* remains in the Northern District of California, the Parties agree that *Jenam II* should also be transferred to the Northern District of California pursuant to 28 U.S.C. § 1404(a) for the same reasons as articulated by the Federal Circuit in granting Google's petition for writ of mandamus in *In re: Google LLC*, Case No. 21-171.[2] Once *Jenam II* has been transferred to the Northern District of California, the Parties will move to consolidate *Jenam I* and *Jenam II*, and once consolidated, this stay will lift.

10. Counsel for the Parties have met and conferred in good faith and all Parties agree to the relief sought in this stipulation.

THEREFORE, it is stipulated by and between Plaintiff Jenam Tech, LLC and Defendant Google LLC that:

1. This case shall be stayed pending resolution of Jenam's request for panel / en banc rehearing of the Federal Circuit's Order on Petition for Writ of Mandamus, *In re: Google LLC*, Case No. 21-171, ECF No. 16. In the event the Federal Circuit ultimately

---

[2] The Parties will submit a joint stipulation in *Jenam II* agreeing that *Jenam II* should be transferred to the Northern District of California for the convenience of parties and witnesses, to promote judicial efficiency, and in the interest of justice. The Parties agree to submit such a stipulation irrespective of the Court's ruling on this joint stipulation requesting a stay.

upholds its order granting Google's petition for writ of mandamus, the Parties request that this matter be stayed until *Jenam Tech, LLC v. Google LLC*, Case No. 6:21-cv-00271-ADA is transferred to the Northern District of California and consolidated with this case.

2. When the stay is lifted, Google shall file within seven days a renewed Motion to Stay Proceedings Pending Final Resolution of Inter Partes Review and Post Grant Review Proceedings at the Patent Trial and Appeal Board. Jenam shall file any opposition to Google's renewed motion within 14 days of the filing of the motion.

3. All pending deadlines are vacated, including the October 27, 2021 deadline to consent or decline to magistrate judge jurisdiction, ECF No. 106.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: October 21, 2021 | | KEKER, VAN NEST & PETERS LLP |
| | By: | */s/ Matthew M. Werdegar* |
| | | ROBERT A. VAN NEST |
| | | MATTHEW M. WERDEGAR |
| | | MICHELLE YBARRA |
| | | RYAN K. WONG |
| | | EDWARD A. BAYLEY |
| | | ANJALI SRINIVASAN |
| | | JASON GEORGE |
| | | KATIE LYNN JOYCE |
| | | RYLEE KERCHER OLM |
| | | KRISTIN HUCEK |
| | | |
| | | *Attorneys for Defendant GOOGLE LLC* |
| Dated: October 21, 2021 | | DEVLIN LAW FIRM LLC |
| | By: | */s/ Derek Dahlgren* |
| | | Timothy Devlin |
| | | Derek Dahlgren |
| | | Nadiia Loizides |
| | | DEVLIN LAW FIRM LLC |
| | | 1526 Gilpin Avenue |
| | | Wilmington, DE 19806 |
| | | Telephone: (302) 449-9010 |
| | | Facsimile: (302) 353-4251 |
| | | tdevlin@devlinlawfirm.com |
| | | ddahlgren@devlinlawfirm.com |
| | | |
| | | *Attorneys for Plaintiff JENAM TECH, LLC* |

**CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES**

I, MATTHEW M. WERDEGAR, am the ECF user whose ID and password are being used to file this JOINT STIPULATION TO STAY ALL DEADLINES. In compliance with N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that each of the signatories has concurred in the filing of this document and has authorized the use of his or her electronic signature.

*/s/ Matthew M. Werdegar*
MATTHEW M. WERDEGAR