KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
MATTHEW M. WERDEGAR - # 200470
mwerdegar@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
EDWARD A. BAYLEY - # 267532
ebayley@keker.com
ANJALI SRINIVASAN - # 304413
asrinivasan@keker.com
JASON GEORGE - # 307707
jgeorge@keker.com
KATIE LYNN JOYCE - # 308263
kjoyce@keker.com
RYLEE KERCHER OLM - # 318550
rolm@keker.com
KRISTIN HUCEK - # 321853
khucek@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| JENAM TECH, LLC,<br><br>           Plaintiff,<br><br>       v.<br><br>GOOGLE LLC,<br><br>           Defendant. | Case No. 4:21-cv-07994-JST<br><br>**DEFENDANT GOOGLE LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15**<br><br>Date Filed:        June 1, 2020<br>Date Transferred: October 13, 2021<br>Trial Date:        None Set |
|---|---|

As stated in Google LLC's Federal Rule of Civil Procedure 7.1 Disclosure Statement (ECF No. 23), Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Google LLC
- XXVI Holdings Inc., Holding Company of Google LLC
- Alphabet Inc., Holding Company of XXVI Holdings Inc.

The undersigned reserves the right to file a supplemental statement upon any change in the information that this statement requires.

Dated:  February 7, 2022                             KEKER, VAN NEST & PETERS LLP

                                                    By:   */s/ Robert A. Van Nest*
                                                          ROBERT A. VAN NEST
                                                          MATTHEW M. WERDEGAR
                                                          RYAN K. WONG
                                                          EDWARD A. BAYLEY
                                                          ANJALI SRINIVASAN
                                                          JASON GEORGE
                                                          KATIE LYNN JOYCE
                                                          RYLEE KERCHER OLM
                                                          KRISTIN HUCEK

                                                          Attorneys for Defendant
                                                          GOOGLE LLC