KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
MATTHEW M. WERDEGAR - # 200470
mwerdegar@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
EDWARD A. BAYLEY - # 267532
ebayley@keker.com
ANJALI SRINIVASAN - # 304413
asrinivasan@keker.com
JASON GEORGE - # 307707
jgeorge@keker.com
KATIE LYNN JOYCE - # 308263
kjoyce@keker.com
RYLEE KERCHER OLM - # 318550
rolm@keker.com
KRISTIN HUCEK - # 321853
khucek@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| JENAM TECH, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case Nos.:   4:21-cv-07994-JST<br>              4:21-cv-09318-JST<br>              4:21-cv-02836-JST<br>              4:21-cv-02837-JST<br>              4:21-cv-02838-JST<br>              4:21-cv-02839-JST<br><br>**STIPULATION OF DISMISSAL**<br><br>Dept.:   Courtroom 6 – 2nd Floor<br>Judge:   Honorable Jon S. Tigar<br><br>Date Filed:        June 1, 2020<br>Date Transferred:  October 13, 2021<br>Trial Date:        None Set |
|---|---|

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Jenam Tech, LLC, and Defendant, Google LLC, hereby stipulate to the dismissal of the following consolidated and related actions:

- Case No. 4:21-cv-07994-JST
- Case No. 4:21-cv-09318-JST
- Case No. 4:21-cv-02836-JST
- Case No. 4:21-cv-02837-JST
- Case No. 4:21-cv-02838-JST
- Case No. 4:21-cv-02839-JST

All claims of infringement that Plaintiff raised or could have raised in each of the above actions are dismissed WITH PREJUDICE.  All claims, defenses, or counterclaims that Defendant raised in each of the above actions are dismissed WITHOUT PREJUDICE.  Each Party will bear its own costs, expenses, and attorneys' fees.

Dated:  November 30, 2023      DEVLIN LAW FIRM LLC

                               By:   *s/Derek Dahlgren*
                                     DEREK DAHLGREN

                                     Attorneys for Plaintiff
                                     JENAM TECH, LLC

Dated:  November 30, 2023      KEKER, VAN NEST & PETERS LLP

                               By:   *s/Ryan K. Wong*
                                     ROBERT A. VAN NEST
                                     MATTHEW M. WERDEGAR
                                     RYAN K. WONG
                                     EDWARD A. BAYLEY
                                     ANJALI SRINIVASAN
                                     JASON GEORGE
                                     KATIE LYNN JOYCE
                                     RYLEE KERCHER OLM
                                     KRISTIN HUCEK

                                     Attorneys for Defendant
                                     GOOGLE LLC

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*s/Ryan K. Wong*
RYAN K. WONG
